```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MINNESOTA
           Criminal No. 15-19(1)(DSD/BRT)
```

United States of America,

       Plaintiff,

v.                                                        **ORDER**

John Hunter, Sr.,

       Defendant.

    This matter is before the court upon pro se defendant John Hunter, Sr.'s motion for leave to conduct discovery. Hunter requests that the court release to him a copy of the grand jury indictment proceedings against him based on his claim that the second superseding indictment was not signed by a United States Attorney or grand jury foreperson.

    The court must deny the request because, contrary to Hunter's contention, the second superseding indictment was appropriately signed. The court notes that the signatures on all indictments are redacted before being made publicly available in order to protect the identity of the grand jury foreperson. See <u>United States v. Reed</u>, 195 Fed. App'x 815, 819-820 (10th Cir. 2006) ("[P]ursuant to the Judicial Conference of the United States and E-Government Act of 2002, documents containing the identifying information about jurors or potential jurors are not included in the public case file."). The court has reviewed a copy of the un-redacted second superseding indictment and confirms that it was signed by both an Assistant United States Attorney and the grand jury foreperson.

Accordingly, **IT IS HEREBY ORDERED** that defendant's motion for leave to conduct discovery [ECF No. 133] is denied.

Dated: December 4, 2017

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court